United States District Court
Southern District of Texas
**ENTERED**
February 06, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RONNIE COLEMAN, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-350 |
| | § | |
| CHEVRON PHILLIPS CHEMICAL | § | |
| COMPANY LP, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on February 6, 2024, this civil action is dismissed with prejudice.  This is a final judgment.

SIGNED on February 6, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge